UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANK JUDICE | * | CIVIL ACTION |
| | * | NO. |
| VERSUS | * | |
| | * | JUDGE |
| | * | |
| | * | DIVISION |
| ALPHA PROCESS SALES, INC. | * | MAGISTRATE |

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

**JURY TRIAL DEMANDED**

**COMPLAINT - AMERICANS WITH DISABILITIES ACT;
AGE DISCRIMINATION IN EMPLOYMENT ACT
AND LOUISIANA EMPLOYMENT LAW VIOLATIONS**

The Complaint of Frank Judice, (hereafter Judice) a person of the full age of majority and a resident and domiciliary of the Parish of St. Tammany, State of Louisiana respectfully avers as follows:

1. Made defendant is Alpha Process Sales, Inc. (hereafter, Defendant or Alpha Process) a Texas corporation authorized to do and doing business in Louisiana, which provides instrumentation, valves and other equipment to the oil industry in Louisiana and Texas. At all times pertinent hereto, the actions complained of occurred within the Eastern District of Louisiana.

2. Alpha Process is not a charitable institution, is an employer as defined by the Americans with Disabilities Act and by the Louisiana Employment Discrimination Laws and is thus amenable to suit.

3. This action is brought pursuant to the Americans with Disabilities Act, as amended (ADA), 42 U.S.C. § 12101, *et seq.* As such, jurisdiction is proper pursuant to 28 U.S.C. § 1331 and pursuant to the Court's pendant jurisdiction. Venue is proper pursuant to 28 U.S.C. § 1391(a).

1

4. This action is also brought pursuant to the Age Discrimination in Employment Act (ADEA) 29 USC § 621 et seq., and the Louisiana Employment Discrimination Law, La. R.S. 23:631 et seq. and principles of Louisiana tort law.

5. Plaintiff Frank Judice is a resident of St. Tammany Parish, state of Louisiana.

6. Defendant, Alpha Process Sales, Inc. is upon information and belief a Louisiana domestic entity authorized to do and doing business within the Eastern District of Louisiana.

7. Plaintiff filed ADA charge 461-2018-02787 with the United States Equal Employment Opportunity Commission and obtained a right to sue letter. Plaintiff further shows amicable demand and 30-day notice under Louisiana law, to no avail.

## FACTS

8. Judice was born on December 10, 1955.

9. Judice was hired by Alpha Process in the summer of 2008 in the position of Chemical Plant Sales.

10. Judice's immediate supervisor was Robert Irwin (hereafter, Irwin), Vice President, Louisiana Operations.

11. Judice established a record of disability due to Leukemia in the summer of 2016.

12. Judice took leave to receive chemotherapy treatment for Leukemia, a chronic medical condition, in 2016, which was an activity protected under Federal and Louisiana law.

13. Judice took off work to go to weekly doctor appointments for eight weeks during his medical leave. He also saw his doctor for Leukemia treatments once a month to the date of his termination on April 23, 2018. Judice's employer knew of, and permitted, Judice to attend these appointments.

14. Irwin has emphasized to Judice in writing that Irwin felt that Judice's Leukemia and his treatment for it caused him to have a "negative" outlook.

15. Judice is and was an excellent salesman, had a record for making top sales/bookings for eight of the ten years Judice worked for Defendant. At the time of termination, Judice was calling on all of his customers and was performing above his quota by a significant margin. On the day of his termination he was entitled to receive commissions totaling at least $50,000.

16. Defendant's retention of Plaintiff's earned commissions constitutes conversion under Louisiana law.

17. Defendant had added new salesmen under the age of 40 prior to the time Judice was terminated. Judice was, within a month, replaced by an unqualified man approximately half Judice's age.

18. Defendant terminated Plaintiff due to disability discrimination and/or retaliation under the ADA and concurrent Louisiana law.

19. Plaintiff contends that Defendant thought he was actually disabled and/or regarded him as disabled and this was the motivating factor for his termination.

20. In light of Plaintiff's ten-year record of exceptionally good performance as a salesman for Alpha Process, Defendant's termination of Plaintiff was done with reckless disregard for Plaintiff's federally protected rights.

21. Alternatively, Judice was terminated due to age discrimination.

## DAMAGES

22. As a proximate result of Alpha Process's violation of the Americans with Disabilities Act and of the Louisiana Employment Discrimination Law prohibiting disability discrimination in

employment, as well as the ADEA and related Louisiana law, Judice has suffered damages in the following, non-exclusive respects:

    a. Loss of income and/or earnings potential with benefits and loss of professional reputation;

    b. Loss of commission earnings wrongfully and illegally retained and converted by Defendant;

    c. General damages to include pain and suffering, mental anguish, emotional distress (uncapped under Louisiana law), loss of enjoyment of life, inconvenience and humiliation;

    d. Reinstatement or, in the alternative, front pay;

    e. Reasonable attorney's fees, costs, and legal interest from the date of judicial demand according to the law of the State of Louisiana;

    f. All equitable relief deemed just and proper by this Court,

    g. All other statutory remedies available including punitive damages and liquidated damages under the ADEA; and

    h. Injunctive relief enjoining defendant from interfering with Plaintiff's efforts to obtain future employment and enjoining and permanently restraining these violations of Louisiana and Federal law.

23. Judice demands and is entitled to a trial by jury on all issues so triable.

24. Plaintiff reserves his right to supplement and amend this Complaint upon the discovery of additional facts.

## PRAYER FOR RELIEF

Wherefore, Plaintiff Frank Judice prays that this, his Complaint, be cited and served on Defendant Alpha Process Sales, Inc., that Defendant be required to answer same, that after due proceedings be had, judgment be rendered for Plaintiff and against Defendant in an amount to be determined as just under the circumstances, for all equitable relief deemed just and proper by this Court, and for legal interest from the date of judicial demand according to the law of Louisiana.

Plaintiff further prays for a trial by jury on all issue so triable.

Respectfully submitted,
LAW OFFICE OF DALE EDWARD WILLIAMS

/s/Dale E. Williams
Dale E. Williams, Bar #18709
212 Park Place
Covington, Louisiana 70433
Telephone: (985) 898-6368
Facsimile: (985) 892-2640
dale@daleslaw.com

James L. Arruebarrena, LLC
Attorney-at-Law
1010 Common St.
Suite 3000
New Orleans, LA 70112
Office Direct Line: 504.525.2520
Cell Phone: 504.231.9011
Fax: 504.814.1498

*Attorneys for Plaintiff*

## VERIFICATION

Pursuant to the provisions of 28 U.S.C. § 1746, I verify under penalty of perjury that I have read the foregoing Complaint, and it is true and correct to my personal knowledge and belief.

Covington, Louisiana, this 3d day of January, in the year 2018. 9

_____
FRANK JUDICE